UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL CASE NO. 17-34-DLB-HAI**
**CIVIL CASE NO. 20-66-DLB-HAI**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**v.**          **ORDER ADOPTING REPORT AND RECOMMENDATION**

**RICHARD R. CRAWFORD**                                                              **DEFENDANT**

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon Magistrate Judge Hanly A. Ingram's Report and Recommendation ("R&R") (Doc. # 124), wherein he recommends that Defendant Richard Crawford's Motion to Vacate under 28 U.S.C. § 2255 (Doc. # 99) be denied. No objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the Magistrate Judge's thorough R&R, the Court concludes that it is sound in all respects and agrees that Defendant's Motion should be denied. Accordingly,

**IT IS ORDERED** as follows:

(1)    The Report and Recommendation of the United States Magistrate Judge (Doc. # 124) be, and hereby is, **adopted in full** as the findings of fact and conclusions of law of the Court;

(2)    Defendant Crawford's Motion to Vacate pursuant to 28 U.S.C. § 2255 (Doc. # 99) is **denied**;

1

(3) For the reasons set forth in the Report and Recommendation of the United States Magistrate Judge, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4) This matter is hereby **dismissed with prejudice and stricken** from the Court's active docket.

The Court will enter a separate Judgment contemporaneously with this Order.

This 2nd day of February, 2021.



Signed By:
*David L. Bunning*  DB
United States District Judge

J:\DATA\ORDERS\Covington Criminal\2017\17-34 Order Adopting R&R re 2255.docx